AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia

| | |
|---|---|
| JOHN DOE | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:26-cv-00023-LAG |
| JEHOVAH'S WITNESSES GOVERNING BODY, et a | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaitiff John Doe.

Date: 02/13/2026

s/John C. Cotton
*Attorney's signature*

John C. Cotton Bar No. 189801
*Printed name and bar number*

Georgia Law Team, P.C.
Post Office Box 897
Cordele, Georgia 31010-0897
*Address*

craig@galawteam
*E-mail address*

(229) 273-9490
*Telephone number*

(229) 279-9491
*FAX number*