# CERTIFICATE OF GOOD STANDING



*United States of America*

$\}$**ss.** Maura Deady White

*Northern District of Illinois*

I, Thomas G. Bruton , Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Maura Deady White was duly admitted to practice in said Court on (09/14/2007) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (03/05/2026 )

Thomas G. Bruton , Clerk,

By:  Elizabeth Eichenlaub
      Deputy Clerk

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ ELIZABETH EICHENLAUB
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
March 5, 2026