AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
Middle District of Georgia

| | |
|---|---|
| JOHN DOE<br>*Plaintiff*<br>v.<br>JEHOVAH'S WITNESSES GOVERNING BODY, et a<br>*Defendant* | )<br>)<br>)     Case No.     1:26-cv-00023-LAG<br>)<br>) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaitiff John Doe                                                                                          .

Date:     03/13/2026                                    s/Maura D. White
                                                         *Attorney's signature*

                                                    Maura D. White 62 89336
                                                    *Printed name and bar number*

                                                    Romanucci & Blandin
                                                    321 N. Clark St., Suite 900
                                                    Chicago, IL 60654
                                                         *Address*

                                                    mwhite@rblaw.net
                                                       *E-mail address*

                                                    (312) 458-1000
                                                    *Telephone number*

                                                    (312) 458-1004
                                                       *FAX number*