# UNITED STATES DISTRICT COURT

for the
Middle District of Georgia

| | |
|---|---|
| **JOHN DOE** | ) |
| | ) |
| *Plaintiff* | ) |
| | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 1:26-cv-00023-LAG |
| | ) |
| **JEHOVAH'S WITNESSES GOVERNING BODY, a** | ) |
| **business and/or religious entity, et al.** | ) |
| | ) |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

I, Deborah Perez, state:

I am authorized to serve process in the state where the subject was served.

I served the following documents to THE WATCHTOWER BIBLE AND TRACT SOCIETY OF FLORIDA, INC. in Ulster County, NY on March 17, 2026 at 5:12 pm at 900 Red Mills Rd, Wallkill, NY 12589-5200 by leaving the following documents with Chris B. who as Registered Agent at Unknown: delivered to Chris B is authorized by appointment or by law to receive service of process for THE WATCHTOWER BIBLE AND TRACT SOCIETY OF FLORIDA, INC..

SUMMONS IN A CIVIL ACTION
COMPLAINT AT LAW
Race: Black or African American, Sex: Male, Est. Age: 25-34, Hair: Black, Glasses: Y, Est. Weight: 100 lbs to 120 lbs, Est. Height: 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=41.6369033333,-74.26265
Photograph: See Exhibit 1

Total Cost: $136.25

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Orange County _____ ,

NY _____ on _____ 3/17/2026 _____ .

/s/ *Deborah Perez*
_____
Signature
Deborah Perez
+1 (845) 926-0463



Exhibit 1a)