# UNITED STATES DISTRICT COURT

for the
Middle District of Georgia

**JOHN DOE**

_Plaintiff_

v.

**JEHOVAH'S WITNESSES GOVERNING BODY, THE WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., ET AL**

_Defendant_

)
)
)
)
)
)
)
)
)
)

Civil Action No. 1:26-cv-00023-LAG

## AFFIDAVIT OF SERVICE

I, Deborah Perez, state:

I am authorized to serve process in the state where the subject was served.

I served the following documents to THE WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC. in Ulster County, NY on March 17, 2026 at 5:10 pm at 900 Red Mills Rd, Wallkill, NY 12589-5200 by leaving the following documents with Chris B. who as Agent authorized to accept service is authorized by appointment or by law to receive service of process for THE WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC..

SUMMONS IN A CIVIL ACTION
COMPLAINT AT LAW,
Race: Black or African American, Sex: Male, Est. Age: 25-34, Hair: Black, Glasses: Y, Est. Weight: 100 lbs to 120 lbs, Est. Height: 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=41.6369033333,-74.26265
Photograph: See Exhibit 1

Total Cost: $136.25

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Orange County                          ,

NY       on     3/19/2026           .

/s/ *Deborah Perez*

Signature
Deborah Perez
+1 (845) 926-0463



Exhibit 1a)