# UNITED STATES DISTRICT COURT

for the
Middle District of Georgia

**JOHN DOE**

*Plaintiff*

v.

**JEHOVAH'S WITNESSES GOVERNING BODY, THE WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., THE WATCHTOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, THE WATCHTOWER BIBLE AND TRACT SOCIETY OF FLORIDA, INC., CHRISTIAN CONGREGATION OF JEHOVAH'S WITNESES**

*Defendant*

)
)
)
)
)
)
)
)
)
)

Civil Action No. 1:26-cv-00023-LAG

## AFFIDAVIT OF SERVICE

I, Deborah Perez, state:

I am authorized to serve process in the state where the subject was served.

I served the following documents to CHRISTIAN CONGREGATION OF JEHOVAH'S WITNESES, a corporation in Ulster County, NY on March 18, 2026 at 4:59 pm at CHRISTIAN CONGREGATION OF JEHOVAH'S WITNESES a corporation, 900 Red Mills Rd, Wallkill, NY 12589-5200 by leaving the following documents with Chris B. who as Registered Agent is authorized by appointment or by law to receive service of process for CHRISTIAN CONGREGATION OF JEHOVAH'S WITNESES, a corporation.

SUMMONS IN A CIVIL ACTION
COMPLAINT AT LAW
Race: Black or African American, Sex: Male, Est. Age: 25-34, Hair: Black, Glasses: Y, Est. Weight: 100 lbs to 120 lbs, Est. Height: 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=41.6370166667,-74.2625716667
Photograph: See Exhibit 1

Total Cost: $271.25

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

_/s/ Deborah Perez_

Orange County ,

Signature
Deborah Perez

NY    on    3/19/2026 .

+1 (845) 926-0463

Below are my previous attempts at serving CHRISTIAN CONGREGATION OF JEHOVAH'S WITNESES, a corporation:

Date / Time: March 17, 2026 5:16 pm
Address: 675 Red Mills Rd, Wallkill, NY 12589-3292
Geolocation: https://google.com/maps?q=41.6349866667,-74.2650216667
Description: No contact was made at the service address. A locked gate prevented access to the business. No additional contacts were made. Went back to 900 Red Mills Road to speak with spinepne about location of address but they left for the day. My phone service was in and out.



Exhibit 1a)



Exhibit 1b)