# UNITED STATES DISTRICT COURT

for the
Middle District of Georgia

| | |
|---|---|
| **JOHN DOE** <br><br> *Plaintiff* <br><br> v. <br><br> **JEHOVAH'S WITNESSES GOVERNING BODY, ET AL** <br><br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:26-cv-00023-LAG <br> ) <br> ) <br> ) <br> ) |

## AFFIDAVIT OF NONSERVICE

I, Deborah Perez, state:

I am authorized to serve process in the state where the subject was served.

After careful inquiry and diligent attempts, I was unable to serve JEHOVAH'S WITNESSES GOVERNING BODY as I could not find the subject or information as to the location of the subject's whereabouts.

Serve Attempt #1
Date / Time: March 17, 2026 5:22 pm
Address: 1020 Red Mills Rd, Wallkill, NY 12589-3283
Photo: See Exhibits 1a, 1b below
Geolocation: https://google.com/maps?q=41.63705,-74.2626033333
Description of attempt: No contact was made at the service address. Observed no relevant details during this attempt. No additional contacts were made.

Serve Attempt #2
Date / Time: March 18, 2026 5:03 pm
Address: 900 Red Mills Rd, Wallkill, NY 12589-5200
Photo: See Exhibits 2a, 2b below
Geolocation: https://google.com/maps?q=41.6371533333,-74.2626583333
Description of attempt: I spoke with the office manager/administrator. They stated that they are not authorized to accept service on behalf of the business. Observed no relevant details during this attempt. I spoke with a gentleman named Chris B. Wouldn't provide me with his full last name. He stated  at the documents had no mention of a corporation so they couldn't accept the documents.

Serve Attempt #3
Date / Time: March 20, 2026 10:55 am
Address: 900 Red Mills Rd, Wallkill, NY 12589-5200
Photo: See Exhibit 3a below
Geolocation: https://google.com/maps?q=41.6368616667,-74.2625583333
Description of attempt: I spoke with the Chris B. They stated that they are not authorized to accept service on behalf of the business. Observed no relevant details during this attempt. No additional contacts were made.

Total Cost: $271.25

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

_Orange County_,

_NY_ on _3/25/2026_.

/s/ *Deborah Perez*

Signature
Deborah Perez
+1 (845) 926-0463



Exhibit 1a)



Exhibit 1b)

Exhibit 2a)





Exhibit 2b)



Exhibit 3a)