**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**

| | |
|---|---|
| JOHN DOE, | |
|     Plaintiff, | |
|     v. | |
| JEHOVAH'S WITNESSES GOVERNING BODY, a business and/or religious entity, THE WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., a corporation, THE WATCHTOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, a corporation, THE WATCHTOWER BIBLE AND TRACT SOCIETY OF FLORIDA, INC., a corporation, and CHRISTIAN CONGREGATION OF JEHOVAH'S WITNESSES, a corporation. | Case 1:26-cv-23 |
|     Defendants. | |

**CONSENT STIPULATION REGARDING EXTENSION OF**
**TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**

Pursuant to Local Rule 6.1, Defendants The Watchtower Bible and Tract Society of New York, Inc.; The Watchtower Bible and Tract Society of Pennsylvania, The Watchtower Bible and Tract Society of Florida, Inc., and Christian Congregation of Jehovah's Witnesses ("Defendants[1]") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

1.  On February 13, 2026, Plaintiff filed the Complaint in the above-caption action.

---

[1] Defendant Jehovah's Witnesses Governing Body has not yet been served.

1

2. The first Defendants served by Plaintiff were The Watchtower Bible and Tract Society of Florida, Inc. ("Watchtower Florida") and The Watchtower Bible and Tract Society of New York, Inc. ("Watchtower New York") on March 17, 2026. (Docs. No. 9, 10, and 12)

3. Counsel for the Parties conferred on April 6, 2026, and Plaintiff consented to a unified extension of time for Defendants to respond to the Complaint.

4. Local Rule 6.1 states that extensions of time to answer a complaint by affirmative defenses or other defensive pleadings may not exceed more than thirty (30) days from the original answer deadline without approval of the court.

5. Watchtower Florida and Watchtower New York's responsive pleadings are due on or about April 7, 2026, twenty-one (21) days from their dates of service.

6. Thirty (30) days from the original deadline for filing responsive pleadings is on or about May 7, 2026.

7. Plaintiff consented to Defendants being granted a unified extension of time to May 7, 2026 to file their respective responsive pleadings to the Complaint.[2]

8. Defendants submit that good cause exists for these extensions, that no party will be prejudiced thereby, and that the extensions will promote efficient proceedings in this matter.

This 7th day of April 2026.

/s/ Jordan E. Dailey
Jordan E. Dailey, Georgia Bar No. 873862
Wesley B. Gilchrist, *pro hac vice forthcoming*
Rachel M. Lary, *pro hac vice forthcoming*

---

[2] By appearing for the limited purpose of requesting an extension of time, Defendants specifically reserve and do not waive any affirmative defense set forth in Federal Rule of Civil Procedure 12(b)(6), or other affirmative defensive. Each Defendant retains and reserves all rights and defenses available to them.

Lightfoot, Franklin & White, LLC
The Clark Building
400 20th Street North
Birmingham, Alabama 35203
Phone: (205) 581-0700
jdailey@lightfootlaw.com
wgilchrist@lightfootlaw.com
rlary@lightfootlaw.com

*Counsel for Defendants The Watchtower Bible and
Tract Society of New York, Inc.; The Watchtower
Bible and Tract Society of Pennsylvania; The
Watchtower Bible and Tract Society of Florida,
Inc.; and Christian Congregation of Jehovah's
Witnesses*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of April 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

*/s/ Jordan E. Dailey*
OF COUNSEL

3