**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

JOHN DOE,                                                    :
                                                             :
   Plaintiff,                                  :
                                                             :         CIVIL ACTION FILE NO:
v.                                                           :            1:26-CV-00023-LAG
                                                             :
JEHOVAH'S WITNESSES GOVERNING                                :
BODY, a business and/or religious entity,                    :
THE WATCHTOWER BIBLE AND                                     :
TRACT SOCIETY OF NEW YORK, INC.,                             :
a corporation, THE WATCHTOWER                                :
BIBLE AND TRACT SOCIETY OF                                   :
PENNSYLVANIA, a corporation, THE                             :
WATCHTOWER BIBLE AND TRACT                                   :
SOCIETY OF FLORIDA, INC., a                                  :
corporation, and CHRISTIAN                                   :
CONGREGATION OF JEHOVAH'S                                    :
WITNESSES, a corporation,                                    :
                                                             :
   Defendants.                                 :

## ENTRY OF APPEARANCE

     COMES NOW, F. FAISON MIDDLETON, IV of the firm WATSON SPENCE LLP, and

enters an appearance in the captioned case as co-counsel on behalf of Defendants WATCHTOWER

BIBLE AND TRACT SOCIETY OF NEW YORK, INC.; WATCHTOWER BIBLE AND TRACT

SOCIETY OF PENNSYLVANIA; WATCHTOWER BIBLE AND TRACT SOCIETY OF

FLORIDA, INC.; and CHRISTIAN CONGREGATION OF JEHOVAH'S WITNESSES. The

undersigned's mailing address, telephone number, fax number and email address are Post Office

Box 2008, Albany, Georgia 31702-2008; telephone: (229) 436-1545; fax: (229) 436-6358;

fmiddleton@watsonspence.com.

     This 7th day of May, 2026.

WATSON SPENCE LLP
*Attorneys for Defendants Watchtower Bible and Tract Society of New York, Inc.; Watchtower Bible and Tract Society of Pennsylvania; Watchtower Bible and Tract Society of Florida, Inc.; and Christian Congregation of Jehovah's Witnesses*

*/s/ F. Faison Middleton, IV*
F. Faison Middleton, IV
Georgia Bar No: 504745
Post Office Box 2008
Albany, Georgia 31702-2008
(229) 436-1545 Telephone
(229) 436-6358 Facsimile
fmiddleton@watsonspence.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this day, I electronically filed the foregoing ***Entry of Appearance*** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all persons duly registered therewith to receive filings in the above-styled matter.

This 7th day of May, 2026.

WATSON SPENCE LLP

*<u>/s/ F. Faison Middleton, IV</u>*
F. Faison Middleton, IV