**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | | |
|---|---|---|
| JOHN DOE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | <u>CIVIL ACTION FILE NO:</u> |
| v. | : | 1:26-CV-00023-LAG |
| | : | |
| JEHOVAH'S WITNESSES GOVERNING | : | |
| BODY, a business and/or religious entity, | : | |
| THE WATCHTOWER BIBLE AND | : | |
| TRACT SOCIETY OF NEW YORK, INC., | : | |
| a corporation, THE WATCHTOWER | : | |
| BIBLE AND TRACT SOCIETY OF | : | |
| PENNSYLVANIA, a corporation, THE | : | |
| WATCHTOWER BIBLE AND TRACT | : | |
| SOCIETY OF FLORIDA, INC., a | : | |
| corporation, and CHRISTIAN | : | |
| CONGREGATION OF JEHOVAH'S | : | |
| WITNESSES, a corporation, | : | |
| | : | |
| Defendants. | : | |

## <u>ENTRY OF APPEARANCE</u>

COMES NOW, TYERUS R. SKALA of the firm WATSON SPENCE LLP, and enters an appearance in the captioned case as co-counsel on behalf of Defendants WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.; WATCHTOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA; WATCHTOWER BIBLE AND TRACT SOCIETY OF FLORIDA, INC.; and CHRISTIAN CONGREGATION OF JEHOVAH'S WITNESSES. The undersigned's mailing address, telephone number, fax number and email address are Post Office Box 2008, Albany, Georgia 31702-2008; telephone: (229) 436-1545; fax: (229) 436-6358; tskala@watsonspence.com.

This 7th day of May, 2026.

WATSON SPENCE LLP
*Attorneys for Defendants Watchtower Bible and Tract Society of New York, Inc.; Watchtower Bible and Tract Society of Pennsylvania; Watchtower Bible and Tract Society of Florida, Inc.; and Christian Congregation of Jehovah's Witnesses*

<u>*/s/ Tyerus R. Skala*</u>
Tyerus R. Skala
Georgia Bar No: 764980
Post Office Box 2008
Albany, Georgia 31702-2008
(229) 436-1545 Telephone
(229) 436-6358 Facsimile
<u>tskala@watsonspence.com</u>

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this day, I electronically filed the foregoing ***Entry of Appearance*** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all persons duly registered therewith to receive filings in the above-styled matter.

This 7th day of May, 2026.

WATSON SPENCE LLP

*/s/ Tyerus R. Skala*
Tyerus R. Skala