# EXHIBIT A

An official website of New York State.
Here's how you know ⌄



# Department of State
## Division of Corporations

## Entity Information

[ Return to Results ]  [ Return to Search ]

**Entity Details** ⌃

**ENTITY NAME:** WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.

**DOS ID:** 30360

**FOREIGN LEGAL NAME:**

**FICTITIOUS NAME:**

**ENTITY TYPE:** DOMESTIC NOT-FOR-PROFIT CORPORATION

**DURATION DATE/LATEST DATE OF DISSOLUTION:**

**SECTIONOF LAW:**  -

**ENTITY STATUS:** ACTIVE

**DATE OF INITIAL DOS FILING:** 03/04/1909

**REASON FOR STATUS:**

**EFFECTIVE DATE INITIAL FILING:** 10/25/2022

**INACTIVE DATE:**

**FOREIGN FORMATION DATE:**

**STATEMENT STATUS:** NOT REQUIRED

**COUNTY:** ULSTER

**NEXT STATEMENT DUE DATE:**

**JURISDICTION:**

**NFP CATEGORY:** CHARITABLE

ENTITY DISPLAY    NAME HISTORY    FILING HISTORY    MERGER HISTORY    ASSUMED NAME HISTORY

Service of Process on the Secretary of State as Agent

**The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:**

**Name:**  THE CORPORATION

**Address:**  ATTN LEGAL, 100 WATCHTOWER DRIVE, PATTERSON, NY, UNITED STATES, 12563 - 2232

**Electronic Service of Process on the Secretary of State as agent: Not Permitted**

Chief Executive Officer's Name and Address

**Name:**

**Address:**

Principal Executive Office Address

**Address:**

Registered Agent Name and Address

**Name:**

**Address:**

Entity Primary Location Name and Address

**Name:**

**Address:**

Farmcorpflag

**Is The Entity A Farm Corporation:**  NO

Stock Information

| Share Value | Number Of Shares | Value Per Share |
| --- | --- | --- |

Agencies  App Directory  Counties  Events  Programs  Services