# EXHIBIT B

An official website of New York State.
Here's how you know ⌄



# Department of State
## Division of Corporations

## Entity Information

___

[ Return to Results ]  [ Return to Search ]

**Entity Details** ⌃

**ENTITY NAME:** CHRISTIAN CONGREGATION OF JEHOVAH'S WITNESSES
**DOS ID:** 2544464
**FOREIGN LEGAL NAME:**
**FICTITIOUS NAME:**
**ENTITY TYPE:** DOMESTIC NOT-FOR-PROFIT CORPORATION
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**SECTIONOF LAW:** 402 NCL - NOT-FOR-PROFIT CORPORATION LAW
**ENTITY STATUS:** ACTIVE
**DATE OF INITIAL DOS FILING:** 08/21/2000
**REASON FOR STATUS:**
**EFFECTIVE DATE INITIAL FILING:** 03/07/2023
**INACTIVE DATE:**
**FOREIGN FORMATION DATE:**
**STATEMENT STATUS:** NOT REQUIRED
**COUNTY:** ULSTER
**NEXT STATEMENT DUE DATE:**
**JURISDICTION:**
**NFP CATEGORY:** CHARITABLE

‹    ENTITY DISPLAY    NAME HISTORY    FILING HISTORY    MERGER HISTORY    ASSUMED NAME HISTORY

Service of Process on the Secretary of State as Agent

**The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:**

**Name:**  ATTN: LEGAL

**Address:**  675 RED MILLS ROAD, WALLKILL, NY, UNITED STATES, 12589 - 3292

**Electronic Service of Process on the Secretary of State as agent: Not Permitted**

Chief Executive Officer's Name and Address

**Name:**

**Address:**

Principal Executive Office Address

**Address:**

Registered Agent Name and Address

**Name:**

**Address:**

Entity Primary Location Name and Address

**Name:**

**Address:**

Farmcorpflag

**Is The Entity A Farm Corporation:** NO

Stock Information

| Share Value | Number Of Shares | Value Per Share |
|---|---|---|

Agencies App Directory Counties Events Programs Services