**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF GEORGIA**

<table>
<tr>
<td>

JOHN DOE,

      Plaintiff,

      v.

JEHOVAH'S WITNESSES GOVERNING BODY, a business and/or religious entity, THE WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., a corporation, THE WATCHTOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, INC., a corporation, THE WATCHTOWER BIBLE AND TRACT SOCIETY OF FLORIDA, INC., a corporation, and CHRISTIAN CONGREGATION OF JEHOVAH'S WITNESSES, a corporation,

      Defendants.

</td>
<td>

Case No.: 1:26-cv-23

</td>
</tr>
</table>

## PLAINTIFF'S MOTION TO EXTEND THE 90-DAY SERVICE OF SUMMONS DEADLINE

Now comes the Plaintiff, JOHN DOE, by and through his undersigned attorneys, respectively moves this Court to enter an order extending the 90-day service of summons deadline for thirty (30) days to allow Plaintiff to perfect service of process upon Defendant JEHOVAH'S WITNESSES GOVERNING BODY ("GOVERNING BODY") by alternative means. In support of this Motion, Plaintiff states as follows:

1. Plaintiff brings this Motion pursuant to Fed. R. Civ. P. 4(m).

2. On February 13, 2026, Plaintiff filed his Complaint at Law against Defendant GOVERNING BODY and several other Jehovah's Witnesses organizational defendants.

1

3.  Plaintiff's 90-day deadline to perfect service upon Defendant GOVERNING BODY in accordance with Rule 4(m) expires on May 14, 2026.

4.  On March 11, 2026, Plaintiff issued his Summons to Defendant GOVERNING BODY, addressing service to General Counsel of Jehovah's Witnesses at Defendant GOVERNING BODY's listed address, 1020 Red Mills Rd., Wallkill, NY 12589.

5.  Defendant GOVERNING BODY refused to accept service through a process server, and Plaintiff has motioned this Court to enter an order granting leave to perfect service of process upon Defendant GOVERNING BODY by affixing a copy of the summons to the door of Defendant's business and mailing a copy of the summons to Defendant's listed address of 1020 Red Mills Rd, Wallkill, NY 12589 pursuant to Fed. R. Civ. P. 4(h)(1)(A) and N.Y. C.P.L.R. Law § 308(1)-(4). *See* ECF No. 16.

6.  For the reasons stated in his supporting Memorandum of Law, Plaintiff has shown good cause for his failure to serve Defendant GOVERNING BODY within 90 days of filing his Complaint at Law. Alternatively, the facts of this case warrant an exercise of this Court's discretion to extend Plaintiff's deadline to serve Defendant GOVERNING BODY.

7.  Accordingly, Plaintiff requests that this Court extend the 90-day service of summons deadline for an appropriate period to allow Plaintiff to perfect "nail and mail" service upon Defendant GOVERNING BODY.

WHEREFORE, Plaintiff JOHN DOE respectfully files his motion for this Court to enter an order extending the 90-day service of summons deadline for an appropriate period to allow Plaintiff to perfect service of process upon Defendant  GOVERNING BODY for the reasons set forth above and those contained in his memorandum of law in support of his motion, and for any other relief this Court deems just and proper.

Dated: May 11, 2026

Respectfully submitted,

s/Maura D. White
*Attorney for Plaintiff*

Maura D. White
ROMANUCCI & BLANDIN
321 N. Clark St., Suite 900
Chicago, IL 60630
P: (312) 458-1000
E-mail: mwhite@rblaw.net
IL Bar # 6289336
*Appearing Pro Hac Vice*

John C. Cotton
Georgia Law Team, P.C.
Post Office Box 897
Cordele, Georgia 31010
P: (229) 273-9490
F: (229) 279-9491
Email: craig@galawteam
GA Bar # 189801

3