**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA**

JOHN DOE,

     Plaintiff,

v.

JEHOVAH'S WITNESSES GOVERNING
BODY, a business and/or religious
entity; THE WATCHTOWER BIBLE AND
TRACT SOCIETY OF NEW YORK, INC.;
THE WATCHTOWER BIBLE AND TRACT
SOCIETY OF PENNSYLVANIA, INC.;
THE WATCHTOWER BIBLE AND TRACT
SOCIETY OF FLORIDA, INC.; and
CHRISTIAN CONGREGATION OF
JEHOVAH'S WITNESSES,

     Defendants.

Civil Action No. 1:26-cv-00023-LAG

JURY TRIAL DEMANDED

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

Plaintiff JOHN DOE, by and through his undersigned counsel, and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), respectfully moves this Court for an extension of time to respond to Defendants' Motion to Dismiss, up to and including June 12, 2026. In support thereof, Plaintiff states as follows:

1. Plaintiff's response to Defendants'[1] Motion to Dismiss is currently due on May 29, 2026.

2. Plaintiff requests an extension of fourteen (14) days, through and including June 12, 2026, to file his response. Good cause exists for the requested extension, as undersigned

---

[1] Defense Counsel represents all defendants but Defendant JEHOVAH'S WITNESS GOVERNING BODY (Defendant GOVERNING BODY).

1

counsel has pre-existing professional obligations and commitments in other matters that, in the exercise of due diligence, require additional time to adequately prepare a response to Defendants' Motion to Dismiss

3.  This Motion is made in good faith and not for purposes of delay. No party will be prejudiced by the requested extension.

4.  Pursuant to Local Rules 7.1 and 7.7, undersigned counsel conferred with counsel for Defendants regarding this Motion. Defendants do not oppose the requested extension of time for Plaintiff to respond, provided that Defendants' deadline to file a reply in support of their Motion to Dismiss is extended to July 10, 2026. Plaintiff agrees to that reply deadline.

5.  This request is timely, as it is filed prior to the expiration of the current deadline, in accordance with Section VI of the Court's Scheduling and Discovery Order.

WHEREFORE, Plaintiff JOHN DOE respectfully requests that this Court enter an Order (1) extending Plaintiff's deadline to respond to Defendants' Motion to Dismiss from May 29, 2026 to June 12, 2026, and (2) extending Defendants' deadline to file a reply in support of their Motion to Dismiss to July 10, 2026, and for any other relief this Court deems just and proper.

Dated: May 22, 2026                                Respectfully submitted,

                                                   s/Maura D. White

Maura D. White
ROMANUCCI & BLANDIN
321 N. Clark St., Suite 900
Chicago, IL 60630
P: (312) 458-1000
E: mwhite@rblaw.net
*Appearing Pro Hac Vice*

John C. Cotton
GEORGIA LAW TEAM, P.C.
Post Office Box 897

Cordele, Georgia 31010
P: (229) 273-9490
F: (229) 279-9491
E: craig@galawteam.com
GA Bar # 189801

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22 day of May 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send electronic notification of such filing to all counsel of record.

Respectfully submitted

s/ Maura D. White

3