# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
### ALBANY DIVISION

| | | |
|---|---|---|
| JOHN DOE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION FILE NO: |
| v. | : | 1:26-CV-00023-LAG |
| | : | |
| JEHOVAH'S WITNESSES GOVERNING BODY, a business and/or religious entity, THE WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., a corporation, THE WATCHTOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, a corporation, THE WATCHTOWER BIBLE AND TRACT SOCIETY OF FLORIDA, INC., a corporation, and CHRISTIAN CONGREGATION OF JEHOVAH'S WITNESSES, a corporation, | : : : : : : : : : : : : | |
| | : | |
| Defendants. | : | |

## DEFENDANT WATCHTOWER BIBLE AND TRACT SOCIETY OF FLORIDA, INC.'S JURISDICTIONAL STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 87, Defendant Watchtower Bible and Tract Society of Florida, Inc. hereby provides the Court with this Jurisdictional Statement:

1. Watchtower Bible and Tract Society of Florida, Inc. ("Defendant") is incorporated in the state of Florida.

2. Defendant's principal location is in the state of New York.

This 26th day of May, 2026.

LIGHTFOOT, FRANKLIN & WHITE, LLC

*/s/ Jordan E. Dailey*
Jordan E. Dailey
Georgia Bar No: 873862

Wesley B. Gilchrist
Rachel M. Lary
The Clark Building
400 20th Street, North
Birmingham, Alabama 35203
(205) 581-0700 Telephone
jdailey@lightfootlaw.com
wgilchrist@lightfootlaw.com
rlary@lightfootlaw.com

WATSON SPENCE LLP

F. Faison Middleton, IV
Georgia Bar No: 504745
Tyerus R. Skala
Georgia Bar No: 764980
Post Office Box 2008
Albany, Georgia 31702-2008
(229) 436-1545 Telephone
(229) 436-6358 Facsimile
fmiddleton@watsonspence.com
tskala@watsonspence.com

*Counsel for Defendants Watchtower Bible and Tract Society of New York, Inc., Watch Tower Bible and Tract Society of Pennsylvania, Watchtower Bible and Tract Society of Florida, Inc., and Christian Congregation of Jehovah's Witnesses*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 26th day of May, 2026, I electronically filed the foregoing ***Defendant Watchtower Bible and Tract Society of Florida, Inc.'s Jurisdictional Statement*** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all persons duly registered therewith to receive the filings in the above-styled matter.

<u>*/s/ Jordan E. Dailey*</u>
OF COUNSEL