

*fmiddleton@watsonspence.com*
*Direct Dial: (229) 439-4183*

June 18, 2026

**_(Via CM/ECF)_**
Bill Lawrence, Clerk
United States District Court
201 West Broad Avenue
Albany, Georgia 31701

RE:     **_John Doe v. Jehovah's Witnesses Governing Body, et al._**
        U.S. District Court, Middle District of Georgia, Albany Division
        Civil Action File No: 1:26-CV-00023-LAG

Dear Mr. Lawrence:

This letter is to confirm that pursuant to Local Rule 6.2 of the Local Rules for the United States District Court for the Middle District of Georgia, Defendants, Watchtower Bible and Tract Society of New York, Inc., Watch Tower Bible and Tract Society of Pennsylvania, Watchtower Bible and Tract Society of Florida, Inc., and Christian Congregation of Jehovah's Witnesses, have sought, and you granted, a 14-day extension for the filing of Defendants' Reply Brief in Support of Their Motion to Dismiss Plaintiff's Complaint (Doc. 19). Thus, Defendants' reply brief will now be due on or before July 10, 2026.

With kindest personal regards,

                            Sincerely,

                            WATSON SPENCE LLP

                            */s/ F. Faison Middleton, IV*

                            F. Faison Middleton, IV

FFM/hml

cc:     All Counsel of Record (via CM/ECF)